Same case below, 413 Fed. Appx. 180.

**No. 10-11201. Carmen Gricco, Petitioner v. United States.**

565 U.S. 872, 132 S. Ct. 227, 181 L. Ed. 2d 127, 2011 U.S. LEXIS 7067.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-11203. Steven Anthony Graham, Petitioner v. United States.**

565 U.S. 872, 132 S. Ct. 228, 181 L. Ed. 2d 127, 2011 U.S. LEXIS 6686.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-11204. Ricardo Herashio Gates, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.**

565 U.S. 872, 132 S. Ct. 228, 181 L. Ed. 2d 127, 2011 U.S. LEXIS 6961.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-11205. Antonio Flores, aka Miguel A. Lopez, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

565 U.S. 872, 132 S. Ct. 228, 181 L. Ed. 2d 127, 2011 U.S. LEXIS 7102.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-11206. Ronnie Darnell Holley, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

565 U.S. 872, 132 S. Ct. 228, 181 L. Ed. 2d 127, 2011 U.S. LEXIS 6509.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-11208. Randall Frederick Muhlenbruch, Petitioner v. United States.**

565 U.S. 873, 132 S. Ct. 228, 181 L. Ed. 2d 127, 2011 U.S. LEXIS 6636.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 634 F.3d 987.

**No. 10-11213. Saul Martinez-Mendoza, Petitioner v. United States.**

565 U.S. 873, 132 S. Ct. 228, 181 L. Ed. 2d 127, 2011 U.S. LEXIS 6951.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 420 Fed. Appx. 394.